JS - 6

**FILED: 2/25/2013**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*United States of America*,

      Plaintiff,

      v.

*$63,548.00 in U.S. Currency*,

      Defendant.

CASE NO. CV 12-5931-GHK (MANx)

**JUDGMENT**

    Pursuant to the Court's February 25, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that all right, title, and interest of potential claimants Charles Arthur Aydelotte, Ariel Figueroa, and all other potential claimants in and to the Defendant Currency are extinguished. The Defendant Currency is condemned and forfeited to the United States of America.

    **IT IS SO ORDERED**.

    DATED: February 25, 2013

_____
GEORGE H. KING
Chief United States District Judge